FILED
2014 APR 11 PM 4:46
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC., § <br> MARVELL INTERNATIONAL LTD., § <br> AND MARVELL WORLD TRADE, LTD., § <br>     PLAINTIFFS/ § <br>     COUNTER-DEFENDANTS, § <br> § <br> V.                                                           § <br> § <br> FREESCALE SEMICONDUCTOR, INC., § <br>     DEFENDANT/ § <br>     COUNTER-PLAINTIFF. § | CAUSE NO. A-13-CV-005-LY |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. By separate order signed this day, the court granted the parties' Stipulated Motion for Dismissal with Prejudice filed April 7, 2014 (Clerk's Doc. No. 56) and dismissed all claims in this case. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that this case is **CLOSED**.

SIGNED this _11th_ day of April, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE